Jennifer M. Gaddis, OSB #071194
*jgaddis@cityofsalem.net*
City of Salem Legal Department
555 Liberty St. SE, Room 225
Salem, OR 97301
   Telephone: 503-599-6003
   Fax: 503-361-2202

Aaron P. Hisel, OSB #161265
*aaron@montoyahisellaw.com*
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR 97301
   Telephone: 503-480-7250
   Fax: 503-779-2716
     Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| ELEAQIA MCCRAE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SALEM, et al. <br><br> Defendants. | Case No. 6:20-cv-01489-IM <br><br> **DEFENDANTS' NOTICE OF WITHDRAWAL OF ATTORNEY JENNIFER M. GADDIS** |

Defendants hereby give notice of withdrawal of counsel, Jennifer M. Gaddis.

Defendants respectfully request that ECF Notices on this matter no longer be served on Jennifer M. Gaddis, OSB #071194.

DATED: October 20, 2022

                                               *s/ Jennifer M. Gaddis*
                                               Jennifer M. Gaddis, OSB 071194
                                               Attorney for Defendants