**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **ELEAQIA MCCRAE**,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**CITY OF SALEM; MAYOR CHUCK BENNETT; CITY MANAGER STEVE POWERS; POLICE CHIEF JERRY MOORE; OFFICER RAMIREZ; ROBERT JOHNSTON; ANDREW MCFERRON; DAVID SMITH; OFFICERS JANE OR JOHN DOES 1-21**, all in their Official and Individual capacities;<br><br>　　　　　　　　Defendants. | Case No. 6:20-cv-01489-IM<br><br>**DECLARATION OF KEVIN BRAGUE IN SUPPORT PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT** |

I, Kevin Brague, hereby declare under penalty of perjury that the following is true and correct:

1. I represent Plaintiff in this matter, and I make this Declaration in support of Plaintiff's Motion to Exceed Page Limit.

2. Plaintiff is responding to Defendants's Rule 50 Motion on whether or not Defendant Robert Johnston is entitled to qualified immunity. Ex. 1, Trial Transcript.

Page 1 – DECLARATION OF KEVIN BRAGUE IN SUPPORT OF
PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

3. Plaintiff seeks leave to file a Response to Defendants' motion that exceeds the court's order of ten pages in length due to the extensive trial record, the scope of Defendant's Rule 50 Motion, the legal issues concerning qualified immunity, and use of less lethal munitions in excessive force cases.

4. The presently drafted Response is 13 pages. I have pared down citations to relevant cases, avoided undue repetition or duplication in the presentation of the factual background and the legal arguments but have been unable to bring the Response down to ten pages.

5. I do not believe I can adequately set forth Plaintiff's arguments given the scope of Defendants' Rule 50 Motion, and the issue of qualified immunity and its treatment within the Ninth Circuit for the Court's consideration on this record within the ordered page limit.

6. Plaintiff requests a page limit for her Response not to exceed fifteen pages.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of October, 2022.

                                                  THE BRAGUE LAW FIRM

By _____
     Kevin C. Brague, OSB No. 050428
     kevin@braguelawfirm.com
     4504 S. Corbett Avenue, Suite 250
     Portland, Oregon 97239
     t: 503.922.2243
     f: 503.296.2046
     Attorney for Plaintiff

Page 2 – DECLARATION OF KEVIN BRAGUE IN SUPPORT OF
PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT

The Brague Law Firm
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
503.922.2243

# CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing DECLARATION OF KEVIN BRAGUE IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT on the party listed below by the following indicated method or methods:

      Aaron P. Hisel, OSB No. 161265
      *aaron@montoyahisellaw.com*
      Montoya, Hisel and Associates
      901 Capitol Street NE
      Salem, OR 97301
      T: 503.480.7250
      F: 503.779.2716
      Attorneys for Defendants

[X]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[ ]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[ ]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[ ]    by faxing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

      DATED this 20th day of October, 2022.

      */s/ Kevin Brague*
      Kevin C. Brague, OSB No. 050428

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF OREGON

 3                          EUGENE DIVISION

 4
    ELEAQIA MCCRAE,                    )
 5                                     )
                         Plaintiff,    ) Case No. 6:20-cv-01489-IM
 6                                     )
                    v.                 )
 7                                     ) September 30, 2022
    CITY OF SALEM; OFFICER ROBERT      )
 8  JOHNSTON, all in their             )
    official and individual            )
 9  capacities,                        )
                                       )
10                       Defendants.   ) Portland, Oregon
    _____)
11

12

13

14                            TRIAL DAY 5

15                       EXCERPT OF PROCEEDINGS

16              BEFORE THE HONORABLE KARIN J. IMMERGUT

17                 UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25
```

Exhibit 1
Page 1 of 4

```
 1                        APPEARANCES
 2   FOR THE PLAINTIFF:
                          KEVIN C. BRAGUE
 3                        The Brague Law Firm
                          4504 S. Corbett Avenue
 4                        Suite 250
                          Portland, OR 97239
 5
     FOR THE DEFENDANT(S):
 6                        JENNIFER M. GADDIS
                          City of Salem Legal Department
 7                        555 Liberty St. SE
                          Room 225
 8                        Salem, OR 97301

 9   FOR THE DEFENDANT(S):
                          AARON P. HISEL
10                        Law Offices of Montoya, Hisel and
                          Associates
11                        901 Capitol Street NE
                          Salem, OR 97301
12

13

14

15

16

17

18

19   COURT REPORTER:      Jill L. Jessup, CSR, RMR, RDR, CRR, CRC
                          United States District Courthouse
20                        1000 SW Third Avenue, Room 301
                          Portland, OR 97204
21                        (503)326-8191

22                             * * *

23

24

25
```

Exhibit 1
Page 2 of 4

```
 1   the issue is, is Officer Johnston entitled to qualified
 2   immunity or not?
 3        And, particularly, now that we have that he -- the jury
 4   found not target -- that your client was not specifically
 5   targeted by Officer Johnston.  So that's what I want to hear
 6   about, but -- and, obviously, Ninth Circuit, D.C. Circuit, U.S.
 7   Supreme Court are the more authoritative -- are authoritative
 8   for me, and if there are district court opinions in this
 9   district, then, of course, I look to those for guidance, but I
10   don't need to hear district court cases --
11             MR. BRAGUE:  Certainly.
12             THE COURT:  -- from other districts that have no
13   bearing on what I need to do.
14             MR. BRAGUE:  Certainly.
15             THE COURT:  But I'm going to give -- how much time,
16   Mr. Hisel?  Because I think it's still better for you to
17   file -- frame the initial pleading and the motion, and you have
18   heard -- who knows exactly what Mr. Brague is going to do?
19   But, obviously, *Nelson* was one that is raised.  I'm interested
20   in how distinguishable that is.
21        But how about -- can you do it in -- I'm going to say ten
22   pages and then a response -- again, if you need leave to file
23   some additional -- I just don't want to have tons of briefing
24   on this because I think it's a limited issue.
25             MR. HISEL:  Honestly, Your Honor, my concern is not
```

Exhibit 1
Page 3 of 4

1       C E R T I F I C A T E

2

3       Eleaqia McCrae v. City of Salem, et al.

4                6:20-cv-01489-IM

5                  Trial Day 5

6             EXCERPT OF PROCEEDINGS

7               September 30, 2022

8

9       I certify, by signing below, that the foregoing is a
10  true and correct transcript of the excerpted record, taken by
11  stenographic means, of the proceedings in the above-entitled
12  cause.  A transcript without an original signature, conformed
13  signature, or digitally signed signature is not certified.
14
15  /s/Jill L. Jessup, CSR, RMR, RDR, CRR, CRC
    _____
16
    Official Court Reporter      Signature Date: 10/19/2022
17  Oregon CSR No. 98-0346       CSR Expiration Date: 9/30/2023

Exhibit 1
Page 4 of 4