Aaron P. Hisel, OSB #161265
aaron@montoyahisellaw.com
Law Offices of Montoya, Hisel and Associates
901 Capitol St. NE
Salem, OR 97301
   Telephone: 503-480-7250
   Fax: 503-779-2716

Dan Atchison, OSB #040424
datchison@cityofsalem.net
City of Salem Legal Department
555 Liberty St. SE, Room 205
Salem, OR 97301
   Telephone: 503-599-6003
   Fax: 503-361-2202
     Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ELEAQIA MCCRAE,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF SALEM, et al.,<br><br>              Defendants. | Case No. 6:20-cv-01489-IM<br><br>**SUPPLEMENTAL DECLARATION OF AARON P. HISEL IN SUPPORT OF DEFENDANTS' RULE 50 MOTION** |

I, Aaron P. Hisel, hereby declare under penalty of perjury that the following is true and correct based upon my person knowledge:

    1.    I am one of the attorneys representing the defendants in this matter. This Supplemental Declaration is offered in support of Defendants' Rule 50 Motion.

2. Attached to this declaration and marked "Exhibit 8" is a true and correct copy of transcript excerpts from *McCrae v. City of Salem*, Case No. 6:20-cv-01489, Trial Day five, showing Defendants' attorney, Aaron Hisel, preserved the Rule 50(a) and 50(b) motions. The attached pages are certified to be true and accurate by Certified Court Reporter Jill Jessup on October 19, 2022, as shown on the enclosed certificate page.

3. Attached to this declaration and marked "Exhibit 9" is a true and correct copy of transcript excerpts from *McCrae v. City of Salem*, Case No. 6:20-cv-01489, Trial Day one, testimony of Robert Johnston. The attached pages are certified to be true and accurate by Certified Court Reporter Jill Jessup on October 11, 2022, as shown on the enclosed certificate page.

4. Attached to this declaration and marked "Exhibit 10" is a true and correct copy of transcript excerpts from *McCrae v. City of Salem*, Case No. 6:20-cv-01489, Trial Day three, testimony of Scott DeFoe. The attached pages are certified to be true and accurate by Certified Court Reporter Jill Jessup on October 11, 2022, as shown on the enclosed certificate page.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and I understand it is made for use of evidence in court and subject to penalty for perjury.**

DATED this 1st day of November, 2022.

    s/ Aaron P. Hisel
Aaron P. Hisel, OSB #161265
Of Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing SUPPLEMENTAL DECLARATION OF AARON P. HISEL IN SUPPORT OF DEFENDANTS' RULE 50 MOTION on:

>Kevin C. Brague
>The Brague Law Firm
>4504 S. Corbett Avenue Suite 250
>Portland, OR 97239
>*kevin@braguelawfirm.com*
>   Attorney for Plaintiff

by the following indicated method or methods:

☒   by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

   by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

   by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 1st day of November, 2022.

>   s/ Aaron P. Hisel
>Aaron P. Hisel, OSB #161265
>Of Attorneys for Defendants