# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ELEAQIA MCCRAE**, | Case No. 6:20-cv-1489 |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CITY OF SALEM** and **OFFICER ROBERT JOHNSTON**, | |
| Defendants. | |

Based on the Jury's verdict, ECF 114, and the Court's Order granting Defendants' Rule 50 Motion, ECF 126, Judgement is hereby entered in favor of Defendants. This action is DISMISSED.

It is so ORDERED.

DATED this 21st day of March, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge