**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ELEAQIA MCCRAE**, <br><br> Plaintiffs, <br><br> v. <br><br> **CITY OF SALEM; MAYOR CHUCK BENNETT; CITY MANAGER STEVE POWERS; POLICE CHIEF JERRY MOORE; OFFICER RAMIREZ; and OFFICER ROBERT JOHNSTON;** all in their Official and Individual capacities; <br><br> Defendants. | Case No. 6:20-cv-01489-IM <br><br> **NOTICE OF APPEAL FROM JUDGMENT** |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit.

This case was filed in U.S. District Court of Oregon on August 31, 2020.

Judgment subsequent to a jury trial was entered on March 21, 2023 (ECF No. 127).

Plaintiff appeals the Opinion and Order on Defendant's Rule 50 Motion entered in this action on March 6, 2023, (ECF No. 126), the Court's verdict form, and Order [dismissing Plaintiff's Negligence Claim] entered on September 25, 2022 (ECF No. 102).

This is not a cross-appeal and there are no prior appeals.

Appellant:     Eleaqia McCrae,

    Kevin C. Brague, OSB No. 050428
    kevin@braguelawfirm.com
    4504 S. Corbett Avenue, Suite 250
    Portland, Oregon 97239
    t: 503.922.2243
    f: 503.296.2046

Appellee:     City of Salem and Officer Johnston,

    Aaron P. Hisel, OSB No. 161265
    *aaron@montoyahisellaw.com*
    Montoya, Hisel and Associates
    901 Capitol Street NE
    Salem, OR 97301
    T: 503.480.7250
    F: 503.779.2716

DATED this 21st day of March, 2023.

THE BRAGUE LAW FIRM

By _____
Kevin C. Brague, OSB No. 050428
kevin@braguelawfirm.com
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046
Attorney for Plaintiff/Appellant

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF APPEAL FROM JUDGMENT on the party listed below by the following indicated method or methods:

    Dan Atchinson, OSB No. 040424
    *datchinson@cityofsalem.net*
    Salem City Attorney's Office
    555 Liberty Street SE, Suite 205
    Salem, OR 97301
    T: 503.588.6003
    F: 503.361.2202

    Aaron P. Hisel, OSB No. 161265
    *aaron@montoyahisellaw.com*
    Montoya, Hisel and Associates
    901 Capitol Street NE
    Salem, OR 97301
    T: 503.480.7250
    F: 503.779.2716
    Attorneys for Defendants

[X]     by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[ ]     by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[ ]     by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[ ]     by faxing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

DATED this 21st day of March, 2023.

*/s/ Kevin Brague*
Kevin C. Brague, OSB No. 050428