|  | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 10 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ELEAQIA MCCRAE,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>CITY OF SALEM; et al.,<br><br>    Defendants-Appellees,<br><br> and<br><br>CHUCK BENNETT, Mayor; JOHN AND JANE DOES, Officers, 1-21,<br><br>    Defendants. | No.   23-35207<br><br>D.C. No. 6:20-cv-01489-IM<br>District of Oregon,<br>Eugene<br><br>ORDER |

The stipulated motion (Docket Entry No. 20) to dismiss certain appellees is granted. The appeal is dismissed as to appellees Steve Powers, Jerry Moore, and Kevin Ramirez only. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate as to appellees Steve Powers, Jerry Moore, and Kevin Ramirez only.

The appeal shall proceed as to the remaining parties.

The briefing schedule set forth in the court's September 22, 2023, order remains in effect.

> FOR THE COURT:
> MOLLY C. DWYER
> CLERK OF COURT

OSA167