FILED

OCT 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELEAQIA MCCRAE, | No. 23-35207 |
| Plaintiff-Appellant, | D.C. No. 6:20-cv-01489-IM<br>District of Oregon,<br>Eugene |
| v. | |
| CITY OF SALEM; et al., | ORDER |
| Defendants-Appellees, | |
| and | |
| CHUCK BENNETT, Mayor; JOHN AND JANE DOES, Officers, 1-21, | |
| Defendants. | |

Before: CHRISTEN and NGUYEN, Circuit Judges, and EZRA,[*] District Judge.

    The panel has unanimously voted to deny Defendant-Appellee's petition for panel rehearing. Judges Christen and Nguyen vote to deny the petition for rehearing en banc, and Judge Ezra has so recommended. The full court has been advised of Defendant-Appellees' petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35.

    The petition for rehearing or rehearing en banc (Dkt. #58) is DENIED.

---

    [*]    The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.