UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELEAQIA MCCRAE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>CITY OF SALEM and ROBERT JOHNSTON, Officer; all in their Official and Individual Capacities,<br><br>        Defendants - Appellees,<br><br> and<br><br>CHUCK BENNETT, Mayor and JOHN AND JANE DOES, Officers, 1-21,<br><br>        Defendants. | No. 23-35207<br><br>D.C. No. 6:20-cv-01489-IM<br>U.S. District Court for Oregon, Eugene<br><br>**MANDATE** |

      The judgment of this Court, entered September 16, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                FOR THE COURT:

                                                MOLLY C. DWYER
                                                CLERK OF COURT