**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S Corbett Avenue, Suite 200
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

|  |  |
|---|---|
| **ELEAQIA MCCRAE,** | Case No. 6:20-cv-1489-IM |
| Plaintiffs, | |
| v. | **SATISFACTION OF JUDGMENT** |
| **CITY OF SALEM; MAYOR CHUCK BENNETT; CITY MANAGER STEVE POWERS; POLICE CHIEF JERRY MOORE; OFFICER RAMIREZ; ROBERT JOHNSTON; ANDREW MCFERRON; DAVID SMITH; OFFICERS JANE OR JOHN DOES 1-21,** all in their Official and Individual capacities; | |
| Defendants, | |

Plaintiffs hereby acknowledge that the Judgment entered November 15, 2024 has been satisfied in full.

DATED this 9th day of January, 2024.

THE BRAGUE LAW FIRM

By /s/ Kevin C. Brague
    Kevin C. Brague, OSB No. 050428
    kevin@braguelawfirm.com
    4504 S. Corbett Avenue, Suite 250
    Portland, Oregon 97239
    Attorney for Plaintiff